FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2015 DEC 28 PM 4: 08

CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

DERRICK ROBINSON,                    )
                                     )
         Petitioner,                 )
                                     )
v.                                   )     CASE NO. CV415-294
                                     )              CR412-086
UNITED STATES OF AMERICA,            )
                                     )
         Respondent.                 )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 2), to which no objections have been
filed. Accordingly, the report and recommendation is
**ADOPTED** as the Court's opinion and Petitioner's 28 U.S.C. §
2255 Petition is **DENIED**. The Clerk of Court is **DIRECTED** to
close this case.

SO ORDERED this **28**ᵗʰ day of December 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA